FILED
CHARLOTTE, N.C.

SEP 23 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNDER SEAL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR 202 - R |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| MICHAEL MANDEL TRENT | ) | |
| | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 23rd day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE