UNDER SEAL

FILED
CHARLOTTE, N.C.

SEP 23 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL MANDEL TRENT )<br>)<br>)<br>) | DOCKET NO. 3:08CR202-R<br><br>**BILL OF INDICTMENT**<br>*(Under Seal)*<br><br>Violations:<br>    18 U.S.C. § 922(g)(1)<br>    18 U.S.C. § 924(e) |

THE GRAND JURY CHARGES:

COUNT ONE

On or about January 16, 2008, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**MICHAEL MANDEL TRENT**

having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, in and affecting interstate commerce, that is, a Smith & Wesson .40 caliber pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearm listed below is subject to forfeiture in accordance with § 924(d) because it was involved in, used, or intended to be used in the violation alleged in COUNT ONE of this bill of indictment:

1. A Smith & Wesson .40 caliber pistol, seized on or about January 16, 2008 from Michael Mandel Trent.

A TRUE BILL:

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

_Kimba M Ford, for_
ADAM MORRIS
ASSISTANT UNITED STATES ATTORNEY

2