IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR202-R |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| <u>MICHAEL MANDEL TRENT</u> | ) | |

**THIS MATTER**, before the Court upon Defendant's Motion to allow US ISS Agency, LLC access to this Defendant in the Mecklenburg County Jail for the purpose of obtaining a DNA sample from this Defendant. After careful review of the motion, the Court finds:

1. That the services requested are necessary to adequate defense.

**IT IS THEREFORE, ORDERED**,

Signed: March 18, 2009

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge