IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR202 |
| | ) | |
| | ) | |
| v. | ) | WRIT OF HABEAS CORPUS |
| | ) | AD TESTIFICANDUM |
| MICHAEL TRENT, ET AL. | ) | |

The Court Finds good cause to grant Defendant's Writ of Habeas Corpus Ad Testificandum and

IT IS THEREFORE, ORDERED that the United States Marshals are directed to have Marsh Evans , PID#165775 who is presently at Mecklenburg County Jail appear at the United States District Court in Charlotte, North Carolina, at 9:30 a.m. on Monday, June 8, 2009.

It is further ORDERED that immediately after the said case shall have been disposed of, the defendant be returned to the Mecklenburg County Jail under safe and secure conduct, and have you then and there this writ.

**SO ORDERED**.   Signed: May 21, 2009

David S. Cayer
United States Magistrate Judge