IN THE UNITED STATES DISTRICT COURT OF NORTH CAROLINA
WESTERN DISTRICT - CHARLOTTE

MICHAEL M. TRENT
Petitioner

v.

UNITED STATES OF AMERICA
Respondent

FILE _____

NOTICE OF APPEAL
In underlying case
3:08cr202-R

FILED
CHARLOTTE, NC
JUL 13 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

COMES NOW, Michael M. Trent, Petitioner, giving written notice confirming his verbal notice of appeal on record, as of June the 10th, 2009, by this court in case no. 3:08CR202-R.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice of appeal was mailed to the following party on July, 6th, 2009:

U.S. ATTORNEY, W-NC
CARILLON BUILDING
227 W. TRADE ST.
CHARLOTTE, NC 28202

Respectfully submitted this 30th day of June, 2009.

M. Trent

MICHAEL M. TRENT

Please Stamp Enclosed Copy and Send Back To Me For My Copy!