# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr202

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| MICHAEL MANDEL TRENT. ) | |
| _____ ) | |

**THIS MATTER** is before the Court after receiving in chambers two letters from the Defendant, copies of which are attached to this Order.

In order for the Court to act upon a matter, the parties must file motions and other court documents with the Clerk. The Court cannot act upon letters that are mailed to chambers, whether *ex parte* or with notice.

Since the Defendant has chosen to attempt to correspond with the Court by mailing letters to chambers, and such letters do not reflect notice thereof to the Government or to the Defendant's counsel, the Clerk will be directed to return the letters to the Defendant. The Defendant is not to have direct contact with the Judge's Chambers.

**IT IS, THEREFORE, ORDERED** that any further action that the Defendant seeks to take before this Court shall be by written motion, petition or other filing submitted to the Clerk of this Court, to be filed in the ordinary course.

**IT IS FURTHER ORDERED** that the Defendant shall not attempt to correspond with the Court through Judge's Chambers.

**IT IS FURTHER ORDERED** that the Clerk shall return to the Defendant the original of these letters, copies of which are attached hereto, and send them along with a copy of this Order.

**IT IS SO ORDERED.**

Signed: August 20, 2009

Martin Reidinger
United States District Judge