**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr202**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **FINAL ORDER AND JUDGMENT** |
| ) | **CONFIRMING FORFEITURE** |
| ) | |
| **MICHAEL MANDEL TRENT.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion for Final Order and Judgment Confirming Forfeiture [Doc. 93].

On June 15, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction of possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)

On October 8, 2009 through November 6, 2009, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further published notice to all third parties of their right to petition the Court within sixty days from October 8, 2009 for a hearing to adjudicate the

validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the Defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED:**

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> One Smith & Wesson .40 caliber pistol, seized on or about January 16, 2008, from the Defendant.

**IT IS SO ORDERED**.

Signed: December 10, 2009

Martin Reidinger
United States District Judge